```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       EASTERN DIVISION
```

PATRICK PICARDY, SR.                                      PLAINTIFF

VERSUS                           CIVIL ACTION NO.  4:07cv56-TSL-LRA

UNKNOWN DEFENDANTS                                       DEFENDANTS

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal.  Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this court.

SO ORDERED AND ADJUDGED, this the   28th    day of August, 2007.


                              /s/Tom S. Lee
                              UNITED STATES DISTRICT JUDGE